IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


RODNEY F. BOWDEN                                                                   PLAINTIFF

VS.                  CASE NO. 4:18CV00630 PSH

NANCY A. BERRYHILL, Acting Commissioner,
     Social Security Administration                               DEFENDANT


**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of August, 2019.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE